# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carla Brandt, | Court File No. 10-CV-2948 (PAM/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| Unum Life Insurance Company of America, | |
| Defendant. | |

Pursuant to the parties' stipulation, it is hereby ordered that the above-captioned matter is dismissed with prejudice, on the merits, and without an award of attorneys' fees or costs to any party.

**BY THE COURT:**

Dated: February 24, 2011

s/Paul A. Magnuson
Paul A. Magnuson
United States District Judge